UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

APPLICATION OF CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MULTIPLE, ENTIDAD REGULADA.,

Applicant.

Case No.:  MC22-0075-RSL

ORDER GRANTING CATERPILLAR CRÉDITO'S *EX PARTE* APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

This matter comes before the Court on the *ex parte* application of Caterpillar Crédito, Sociedad Anónima de Capital Variable, Sociedad Financiera de Objeto Múltiple, Entidad Regulada ("Caterpillar Crédito") for leave to obtain discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. Dkt. # 1. Having considered the application and the supporting declarations, the Court finds that the statutory prerequisites are satified and that the weight of the *Intel* factors[1] favors providing assistance to Caterpillar Crédito. These findings are without prejudice to T-Mobile's right to object and move to quash the subpoena once issued.

//

//

---

[1] *Intel Corp. v. Advanced Micro Devices, Inc*., 542 U.S. 241, 264-66 (2004).

ORDER GRANTING *EX PARTE* APPLICATION FOR
DISCOVERY PURSUANT TO 28 U.S.C. § 1782 - 1

For all of the foregoing reasons, Caterpillar Crédito's application is GRANTED. Caterpillar Crédito may serve on T-Mobile a subpoena in substantially the same form as Exhibit A to the application (Dkt. # 1-1) for use in a civil proceeding pending in Curaçao regarding the annulment of guarantees given to Caterpillar Crédito.

Dated this 3rd day of October, 2022.

Robert S. Lasnik
United States District Judge

ORDER GRANTING *EX PARTE* APPLICATION FOR
DISCOVERY PURSUANT TO 28 U.S.C. § 1782 - 2